MINUTE ENTRY
MAY 15, 2025,
BROWN, C.J.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.: 6:25-CR-00063** |
| **VERSUS** | **DISTRICT JUDGE BROWN** |
| **JOSHUA FIRMIN** | **MAGISTRATE JUDGE NORTH** |

**CRIMINAL ARRAIGNMENT**

Court Reporter:   LCR
Case Manager:    Robin Enkey
Law Clerk:       Nikhyl Sud

PRESENT:         Joshua Firmin, Defendant
                 John Kevin Stockstill, Counsel for Defendant
                 Chandra Menon, Assistant U.S. Attorney


___/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / READING OF THE INDICTMENT:   READ   WAIVED   SUMMARIZED

 X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

 X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

 X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

 X / GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

 X / DEFENDANT RELEASED ON BOND

___/ BAIL SET AT _____

___/ OTHER: _____

**NOTICE:**

**X** / PRE-TRIAL CONFERENCE: __**July 8, 2025, at 3:00 p.m.**__

**BEFORE UNITED STATES DISTRICT JUDGE NANNETTE JOLIVETTE BROWN**

**X** / TRIAL: __**July 21, 2025, at 9:00 a.m.**__

**BEFORE UNITED STATES DISTRICT JUDGE NANNETTE JOLIVETTE BROWN**

JS-10: 00:20